```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Vodie Bishop

    v.

                                                    Civil No. 16-cv-263-PB

Michelle Goings, Warden, Northern New Hampshire Correctional Facility

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2017, and dismiss the habeas petition (Doc. No. 1) as untimely filed. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date: September 18, 2017

cc:   Vodie Bishop, pro se